DAYLE ELIESON
Acting United States Attorney
MARK E. WOOLF
Assistant United States Attorney
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| YOHVAUGHN C. BROWN, | Case No. 2:18-cv-01643-JAD-PAL |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended until February 19, 2019. This is Defendant's first request for an extension of time to respond. The Commissioner requires additional time to create a certified administrative record in accordance with the Social Security Act.

Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: December 18, 2018  Law Offices of Lawrence D. Rohlfing

By: */s/ Cyrus Safa* *
CYRUS SAFA
Attorney for Plaintiff
(*By e-mail authorization on 12/18/18)

Dated: December 18, 2018  DAYLE ELIESON
Acting United States Attorney
MARK E. WOOLF
Assistant United States Attorney

*/s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: December 21, 2018

United States District/Magistrate Judge