Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
411 E. Bonneville Avenue, #505
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff Yohvaughn C Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YOHVAUGHN C BROWN, | Case No.: 2:18-cv-01643-JAD-PAL |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE MOTION FOR REMAND/REVERSAL |
| vs. | (FIRST REQUEST) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Yohvaughn Brown and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from March 16, 2019 to April 15, 2019, for Plaintiff to send his Motion for Remand/Reversal with all other dates

-1-

in the Court's Scheduling Order extended accordingly. This is Plaintiff's first request for an extension. The parties agree to this extension because subordinate counsel has two Ninth Circuit reply briefs due in the next seven days and to accommodate defense counsel's anticipated medical leave. Counsel agree that an extension is the best way to resolve plaintiff's time pressure and defendant's personal leave.

DATE: March 14, 2019  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*
BY: _____
Cyrus Safa
Attorney for plaintiff Yohvaughn C Brown

DATE: March 14, 2019  NICHOLAS A. TRUTANICH
United States Attorney


/s/ Donna W. Anderson
BY: _____
Donna W. Anderson
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

DATED: March 20, 2019

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE
## FOR CASE NUMBER 2:18-CV-01643-JAD-PAL

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on March 14, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff
_____