McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| YOHVAUGHN BROWN, | Case No. 2:18-cv-01643-JAD-BNW |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment and Remand be extended until June 20, 2019. This is Defendant's first request for an extension of time. Defense counsel requires additional time to consider the certified administrative record, Plaintiff's motion, and the government's position. Defense Counsel also needs time to allow for

planned leave. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: May 15, 2019      By: */s/ Cyrus Safa\**
CYRUS SAFA
Attorney for Plaintiff
(*By e-mail authorization on 05/15/19)

Dated: May 15, 2019     McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: May 17, 2019

_____
HON. BRENDA WEKSLER
United States Magistrate Judge