# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| YOHVAUGHN BROWN, | ) Case No. 2:18-cv-01643-JAD-BNW |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| | ) ECF No. 21 |
| Defendant. | ) |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS HEREBY ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

And with good cause appearing and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Clerk of Court is directed to ENTER FINAL JUDGMENT in favor of plaintiff and against defendant, reversing the final decision of the Commissioner, DENY ALL PENDING MOTIONS [ECF No. 17] as moot, and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 22, 2019