# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Yohvaughn C Brown

                Plaintiff,

v.

Nancy Berryhill

                Defendant.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:18-cv-01643-JAD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiff Yohvaughn C. Brown is awarded attorney fees and expenses of $3,200 under the Equal Access to Justice Act, 28 U.S.C. 2412(d) and no costs under 28 U.S.C. 1920.

7/5/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk