AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Yohvaughn C. Brown,

              Plaintiff,

v.

Andrew Saul, Commissioner of Social Security,

              Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:18-cv-01643-JAD-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that a fee award in the amount of $15,000.00 is to be paid to the Law Offices of Lawrence D. Rohlfing from the sums held by the Social Security Commissioner from plaintiff's past-due benefits, offset by the prior $3,200 award under the Equal Access to Justice Act.

12/1/21  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk